ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

NOV 30 2023

at____ o'clock and____ min.____M
Lucy H. Carrillo, Clerk

CLARE E. CONNORS #7936
United States Attorney
District of Hawaii

MICHAEL F. ALBANESE #9421
Assistant U.S. Attorney
Room 6-100, PJKK Federal Bldg.
300 Ala Moana Boulevard
Honolulu, Hawaii   96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
michael.albanese@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. CR 23-00091 LEK |
| | ) | |
| Plaintiff, | ) | INDICTMENT |
| | ) | |
| vs. | ) | [21 U.S.C. §§ 841(a)(1) and |
| | ) | 841(b)(1)(A)] |
| EDWARD CASPINO, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| _____ | ) | |

INDICTMENT

The Grand Jury charges:

## Count 1
Distribution of Methamphetamine
(21 U.S.C. §§ 841(a)(1) and 841(b)(1)(A))

On or about July 13, 2021, within the District of Hawaii, EDWARD

CASPINO, the defendant, did knowingly and intentionally distribute 50 grams or

more of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II

controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and

841(b)(1)(A).

## Count 2
Distribution of Methamphetamine
(21 U.S.C. §§ 841(a)(1) and 841(b)(1)(A))

On or about July 23, 2021, within the District of Hawaii, EDWARD

CASPINO, the defendant, did knowingly and intentionally distribute 50 grams or

more of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II

controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and

841(b)(1)(A).

## Count 3
### Distribution of Methamphetamine
(21 U.S.C. §§ 841(a)(1) and 841(b)(1)(A))

On or about July 29, 2021, within the District of Hawaii, EDWARD

CASPINO, the defendant, did knowingly and intentionally distribute 50 grams or

more of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II

controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and

841(b)(1)(A).

## Special Allegation

Before EDWARD CASPINO, the defendant, committed the offenses

charged in Counts 1 through 3, the defendant had a final conviction for a serious

violent felony, namely a conviction in the Circuit Court for the First Circuit, State

of Hawaii, for Robbery in the Second Degree, in violation of Hawaii Revised

Statute § 708-841(1)(b).   The defendant was sentenced to a term of imprisonment

of ten years on or about January 10, 2001, and served a sentence of more than 12

months of imprisonment.

## Forfeiture Notice

1.     The allegations set forth in Counts 1 through 3 of this Indictment are

hereby re-alleged and incorporated by reference as though set forth in full herein

3

for the purpose of noticing forfeiture pursuant to Title 21, United States Code, Section 853.

2.    The United States hereby gives notice that, pursuant to Title 21, United States Code, Section 853, upon conviction of an offense in violation of Title 21, United States Code, Section 841(a)(1) and/or 841(b)(1)(A), EDWARD CASPINO, the defendant, shall forfeit to the United States of America any and all property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offenses and any and all property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such offenses, including but not limited to the sum of $19,500 U.S. currency.

3.    If any of the property described in paragraph 2 above, as a result of any act or omission of the defendant:

      a.    cannot be located upon the exercise of due diligence;

      b.    has been transferred or sold to, or deposited with, a third party;

      c.    has been placed beyond the jurisdiction of the court;

      d.    has been substantially diminished in value; or

      e.    has been commingled with other property which cannot be divided without difficulty;

4

the United States of America shall be entitled to forfeiture of substitute property up

to the value of the property described above in paragraph 2, pursuant to Title 21,

United States Code, Section 853(p).

DATED:  November 30, 2023, at Honolulu, Hawaii.

A TRUE BILL

/s/ Foreperson

_____

FOREPERSON, GRAND JURY

_____

CLARE E. CONNORS
United States Attorney
District of Hawaii

_____

MICHAEL F. ALBANESE
Assistant U.S. Attorney

United States v. Edward Caspino
Indictment
Cr. No.  CR 23 - 00091 LEK

5